KELLY LEWIS                              *        NO. 2019-CA-0989

VERSUS                                   *        COURT OF APPEAL

CHRIS CARBINE, INC. D/B/A                *        FOURTH CIRCUIT
CARBINE MOTOR CARS
                                         *        STATE OF LOUISIANA

                                         *

                                         *
                              * * * * * * *


**BARTHOLOMEW-WOODS, J., CONCURS**